UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | 24 Cr. |
| SHAMOON RAFIQ, | |
| Defendant. | |

# 24 CRIM   098

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Shamoon Rafiq
Defendant

Witness

Florian Miedel
Attorney for Defendant

Dated: New York, New York
      February 22, 2024