**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2024
```

UNITED STATES OF AMERICA,

- against -

SHAMOON RAFIQ,

                Defendant.

**24 Cr. 0098 (VM)**

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The sentencing proceeding in the above-captioned case is hereby scheduled for May 17, 2024, at 2:00 p.m.

**SO ORDERED.**

Dated:    22 February 2024
              New York, New York

                                                Victor Marrero
                                                  U.S.D.J.