USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2024

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
              - v. -                  :
                                      :
SHAMOON RAFIQ,                        :
                                      :
                       Defendant.     :
                                      :
                                      :
                                      :
------------------------------------- X
```

**ORDER**

24 Cr. 98 (VM)

WHEREAS, with the consent of defendant SHAMOON RAFIQ, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on February 22, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, New York
         9 May 2024

_____
Victor Marrero
U.S.D.J.