USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>- against -<br>SHAMOON RAFIQ,<br>Defendant. | **24 Cr. 98 (VM)**<br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

Defendant Shamoon Rafiq ("Rafiq") filed a pro se motion pursuant to 18 U.S.C. § 3582, which was docketed on November 5, 2026. (See Dkt. No. 27.) Rafiq additionally filed a supplemental motion to include additional supporting evidence in support of his motion to reduce sentence, which was docketed on November 12, 2026. (See Dkt. No. 28.)

The Government is hereby directed to respond to the arguments Rafiq raises in his motions within sixty (60) days of the date of this order.

**SO ORDERED.**

Dated: 13 November 2026
New York, New York

Victor Marrero
U.S.D.J.